# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

SHEN-WEN CHENG,

           Plaintiff,

v.

RAYMOND ALAN MAUTZ,

           Defendants.

Case No. 3:24-cv-05572-BHS

ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS

Plaintiff's application to proceed *in forma pauperis* (Dkt. 5) is GRANTED. Plaintiff does not appear to have funds to afford the $405.00 filing fee.

Dated this 16th day of September, 2024.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1