UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHENG-WEN CHENG,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MAUTZ ET AL,<br><br>　　　　　　Defendant. | Case No. 3:24-cv-05572-TMC<br><br>ORDER |

## I.　ORDER

Mr. Sheng-Wen Cheng is proceeding with a civil action *pro se* and *in forma pauperis*. On November 18, 2024, Mr. Cheng requested that the Court assist him with service pursuant to Federal Rule of Civil Procedure 4(c)(3). *See* Dkt. 11. The Court granted Mr. Cheng's motion for service on December 19, 2024. *See* Dkt. 13. The Court directed the Clerk to send to Defendants Raymond Alan Mautz, Mary Tang Mautz, and Lydia Mautz by first class mail: a copy of the complaint, a copy of the Court's order, two copies of the notice of lawsuit and request for waiver of service of summon, a waiver of service of summons, and a return envelope, postage prepaid, addressed to the Clerk's Office. *Id.* at 1.

The address provided by Mr. Cheng in the proposed summons was 14605 97th Avenue Ct. E B, Puyallup, Washington, 98373. *See* Dkt. 1-3; Dkt. 1-4; Dkt. 1-5. This address, however,

ORDER - 1

does not exist, and the Clerk directed service to 14605 97th Avenue Ct. E, Puyallup, Washington, 98373. *See* Dkt. 13 at 2. On December 31, 2024, the mail addressed to Defendants were returned as undeliverable. *See* Dkt. 14; Dkt. 15; Dkt. 16. On January 30, 2025, Mr. Cheng requested that the Clerk resend the documents to 14605 97th Avenue Ct. E B, Puyallup, Washington, 98373. Dkt. 18.

The Court has attempted to assist Mr. Cheng with service of process. However, Mr. Cheng must provide "the necessary information to help effectuate service," including a correct address, for the Clerk or the U.S. Marshals to complete service. *Puett v. Blandford*, 912 F.2d 270, 275 (9th Cir. 1990). Therefore, Mr. Cheng shall have 30 days to provide the Court with a new address to direct service to. If Mr. Cheng cannot provide a correct address, the Court will dismiss the case without prejudice.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 24th day of February, 2025.

Tiffany M. Cartwright
United States District Judge

ORDER - 2